1  Stephen M. Doniger, Esq. (SBN 179314)
   stephen@donigerlawfirm.com
2  Scott A. Burroughs, Esq. (SBN235718)
   scott@donigerlawfirm.com
3  Regina Y. Yeh, Esq. (SBN266019)
4  regina@donigerlawfirm.com
   300 Corporate Pointe, Suite 355
5  Culver City, California 90230
6  Telephone: (310) 590-1820                       E-FILED 04-04-11
7  Facsimile:  (310) 417-3538                      JS-6

8  Attorneys for Plaintiff

9
                   **UNITED STATES DISTRICT COURT**
10
                   **CENTRAL DISTRICT OF CALIFORNIA**
11

12
   STAR FABRICS, INC., a California        Case No.:  CV 10-00027 PSG (CTx)
13 Corporation                             *Hon. Philip S. Gutierrez Presiding*

14
   Plaintiff,                              **[PROPOSED] ORDER ON
15                                         STIPULATION FOR DISMISSAL
                                           OF ACTION**
16 vs.

17
   WAL-MART STORES, INC., a
18 Delaware Corporation; JONES
   JEANSWEAR GROUP, INC., a New
19 York Corporation; MACY'S INC., a
   Delaware Corporation; JOSEPH A.
20 COMPANY, LLC, a New Jersey
21 Limited Liability Company; BELK,
   INC., a Delaware Corporation; SEARS
22 HOLDINGS CORPORATION, a
   Delaware Corporation; and DOES 1
23 through 10,
24

25
   Defendants.
26

27

28
                                     - 1 -

- 2 -

1  Upon review of the "Stipulation for Dismissal of Action" submitted by the
2  parties to this case and good cause appearing,
3  IT IS HEREBY ORDERED that (1) this action is to be dismissed with
4  prejudice, and (2) all parties are to bear their own costs and fees as incurred against
5  one another.

6
7  SO SORDERED.
8
   Dated: April  4 , 2011        By:   PHILIP S. GUTIERREZ
9                                      _____
                                        Hon. Philip S. Gutierrez
10                                      United States District Court Judge

- 2 -